GIBSON, DUNN & CRUTCHER LLP
MEGAN COONEY, SBN 295174
  mcooney@gibsondunn.com
KATIE MAGALLANES, SBN 300277
  kmagallanes@gibsondunn.com
3161 Michelson Drive
Suite 1200
Irvine, California 92612-4412
Telephone:  949.451.3800
Facsimile:  949.451.4220

GIBSON, DUNN & CRUTCHER LLP
SAMUEL ECKMAN, SBN 308923
  seckman@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Attorneys for Defendant
LINEAGE LOGISTICS SERVICES, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICKA ALFORD, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINEAGE LOGISTICS SERVICES LLC; and DOES 1 through 25, Inclusive<br><br>Defendant. | CASE NO. 2:25−CV−01725−TLN−CSK<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY 28 DAYS AND MOTION FOR EXTENSION PURSUANT TO LOCAL RULE 144 AND ORDER**<br><br>ASSIGNED FOR ALL PURPOSES TO: HON. TROY L. NUNLEY<br>COURTROOM 2<br><br>Action Filed: June 18, 2025 |

**STIPULATION**

Pursuant to Local Rules 143 and 144, Plaintiff Ericka Alford ("Plaintiff") and Defendant Lineage Logistics Services, LLC ("Lineage") hereby stipulate and agree, by and through their respective counsel of record, as follows:

WHEREAS, Plaintiff filed the Complaint in the above-captioned matter on June 18, 2025;

WHEREAS, Plaintiff served the Complaint on Lineage on June 20, 2025;

WHEREAS, Lineage's responsive pleading is currently due on or before July 11, 2025;

WHEREAS, Plaintiff's deadline to file an amended complaint is currently July 11, 2025;

WHEREAS, Plaintiff and Lineage are discussing participation in a private mediation;

WHEREAS, Local Rule 144(a) authorizes the parties to file an initial stipulation to extend the time to respond to a complaint, cross-claim or counterclaim, or to respond to interrogatories, requests for admissions, or requests for production of documents without approval of the Court if no filing date has been set by order of the Court, the stipulation is signed on behalf of all parties who have appeared in the action and are affected by the stipulation, and the stipulation does not extend the time to respond by more than twenty-eight (28) days;

WHEREAS, Local Rule 144(a) requires approval from the Court for all other extensions of time;

WHEREAS, Lineage has not previously sought any extension of the time to answer or otherwise respond to any complaint filed in this matter, nor has the Court set a filing date for such response;

WHEREAS, Plaintiff and Lineage agree that Lineage's deadline to respond to the Complaint and Plaintiff's deadline to file an amended complaint should be extended while the parties discuss mediation, in order to conserve judicial resources and avoid unnecessary motion practice;

WHEREAS, the parties have agreed to extend the time for Lineage to file its responsive pleading by twenty-eight (28) days, from July 11, 2025 to August 8, 2025;

WHEREAS, the parties further agree that, subject to this Court's approval that, in order to facilitate additional discussions concerning mediation, that Lineage shall have an additional thirty-two

(32) days, from August 8, 2025 to September 9, 2025, to file a responsive pleading to the Complaint; and

WHEREAS, the parties agree that, subject to this Court's approval, that Plaintiff shall have an additional sixty (60) days, from July 11, 2025 to September 9, 2025, to file an amended complaint.

NOW, THEREFORE, subject to the Court's approval, Plaintiff and Lineage HEREBY STIPULATE AND AGREE, through their counsel, that Lineage's deadline to file its responsive pleading and Plaintiff's deadline to file an amended complaint, are both extended to September 9, 2025.

IT IS SO STIPULATED.

DATED: July 11, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP
MEGAN COONEY
SAMUEL ECKMAN
KATIE MAGALLANES

By: */s/ Megan Cooney*
　　Megan Cooney

*Attorneys for Defendants LINEAGE LOGISTICS SERVICES, LLC, a limited liability company*

DATED: July 11, 2025

BEN TRAVIS LAW, APC
BEN TRAVIS

EMPLOYEE JUSTICE LEGAL GROUP, PC
JUSTIN HEWGILL

By: */s/ Ben Travis (as authorized on July 10, 2025)*
　　Ben Travis

*Attorneys for Plaintiff ERICKA ALFORD, an individual, on behalf of herself and all others similarly situated*

**ORDER**

This Court, having read and considered Plaintiff Ericka Alford's ("Plaintiff") and Defendant Lineage Logistics Services, LLC's ("Lineage") Joint Stipulation and Motion for Extension, and for good cause shown, hereby ORDERS that the deadline for Lineage to file its responsive pleading and the deadline for Plaintiff to file an amended complaint are both extended to September 9, 2025.

**IT IS SO ORDERED.**

DATED: July 11, 2025

By: _____
Hon. Troy L. Nunley
Chief United States District Judge
For The Eastern District Of California

**ATTESTATION PURSUANT TO LOCAL RULE 131**

The undersigned attests that the signatory listed above concurs in the content of this document and has authorized its filing.

DATED: July 11, 2025

GIBSON, DUNN & CRUTCHER LLP
MEGAN COONEY
SAMUEL ECKMAN
KATIE MAGALLANES

By: */s/ Megan Cooney*
    Megan Cooney

*Attorneys for Defendants LINEAGE LOGISTICS SERVICES, LLC, a limited liability company*