GIBSON, DUNN & CRUTCHER LLP
MEGAN COONEY, SBN 295174
  mcooney@gibsondunn.com
KATIE MAGALLANES, SBN 300277
  kmagallanes@gibsondunn.com
3161 Michelson Drive
Suite 1200
Irvine, California  92612-4412
Telephone:	949.451.3800
Facsimile:	949.451.4220

GIBSON, DUNN & CRUTCHER LLP
SAMUEL ECKMAN, SBN 308923
  seckman@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:	213.229.7000
Facsimile:	213.229.7520

Attorneys for Defendant
LINEAGE LOGISTICS SERVICES, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICKA ALFORD, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINEAGE LOGISTICS SERVICES LLC; and DOES 1 through 25, Inclusive<br><br>Defendant. | CASE NO. 2:25−CV−01725−TLN−CSK<br><br>**JOINT STIPULATION TO STAY PROCEEDINGS PENDING MEDIATION AND MOTION FOR EXTENSION PURSUANT TO LOCAL RULE 144 AND ORDER**<br><br>ASSIGNED FOR ALL PURPOSES TO: HON. TROY L. NUNLEY<br>COURTROOM 2<br><br>Action Filed: June 18, 2025 |

## STIPULATION

Pursuant to Local Rules 143 and 144, Plaintiff Ericka Alford ("Plaintiff") and Defendant Lineage Logistics Services, LLC ("Lineage") hereby stipulate and agree, by and through their respective counsel of record, as follows:

WHEREAS, Plaintiff filed the Complaint in the above-captioned matter on June 18, 2025;

WHEREAS, the Parties filed a Joint Stipulation To Extend Time To Respond To Complaint and Motion For Extension pursuant to Local Rule 144 (Dkt. 5);

WHEREAS, the Court granted the Parties' Motion For Extension (Dkt. 6);

WHEREAS, Lineage's responsive pleading is currently due on or before September 9, 2025;

WHEREAS, Plaintiff's deadline to file an amended complaint is currently September 9, 2025;

WHEREAS, the Parties agree that Plaintiff may amend the Complaint to add Employbridge Holding Company DBA Select Staffing as a defendant, in the form included here as **Exhibit A**;

WHEREAS, Plaintiff and Lineage have agreed to participate in a private mediation with Eve Wagner, Esq., to take place on May 12, 2026, the earliest date available for the mediator and the parties;

WHEREAS, Plaintiff and Lineage agree that all proceedings and deadlines in this case should be stayed pending mediation, in order to conserve judicial resources and avoid unnecessary motion practice;

WHEREAS, within two weeks following completion of the mediation, the Parties will file a joint status report in the case, reporting on the outcome of mediation; and

WHEREAS, should the case not resolve at mediation, Plaintiff and Lineage agree that Lineage's deadline to respond to the Complaint will be thirty (30) days after stay pending mediation is lifted in this action.

NOW, THEREFORE, subject to the Court's approval, Plaintiff and Lineage HEREBY STIPULATE AND AGREE, through their counsel, that all deadlines and proceedings in this case shall be stayed in its entirety pending mediation of this action. Plaintiff and Lineage shall file a status report with the Court no later than two weeks following completion of mediation. Should the matter not resolve at mediation, Lineage shall have thirty (30) days to file their responsive pleading to the Complaint following the lifting of the stay pending mediation in this action.

**IT IS SO STIPULATED.**

DATED: September 10, 2025              Respectfully submitted,

                                                        GIBSON, DUNN & CRUTCHER LLP
                                                       MEGAN COONEY
                                                       SAMUEL ECKMAN
                                                       KATIE MAGALLANES

                                                       By: */s/ Megan Cooney*
                                                             Megan Cooney

                                                       Attorneys for Defendant LINEAGE
                                                       LOGISTICS SERVICES, LLC

DATED: September 10, 2025              BEN TRAVIS LAW, APC
                                                       BEN TRAVIS

                                                       EMPLOYEE JUSTICE LEGAL GROUP, PC
                                                       JUSTIN HEWGILL

                                                       By: */s/ Justin Hewgill (as authorized on 09.09.25)*
                                                            Justin Hewgill

                                                       Attorneys for Plaintiff
                                                       ERICKA ALFORD, an individual, on behalf of
                                                       herself and all others similarly situated

**ORDER**

This Court, having read and considered Plaintiff Ericka Alford's ("Plaintiff") and Defendant Lineage Logistics Services, LLC's ("Lineage") Joint Stipulation and Motion for Extension, and for good cause shown, hereby ORDERS that all proceedings in this case shall be stayed in their entirety pending completion of mediation. Plaintiff and Lineage shall file a status report with the Court no later than two (2) weeks following completion of mediation, and Lineage shall have thirty (30) days to file its responsive pleadings to the Complaint after the stay pending mediation is lifted.

**IT IS SO ORDERED.**

DATED: September 10, 2025

_____
Troy L. Nunley
Chief United States District Judge