GIBSON, DUNN & CRUTCHER LLP
Megan Cooney, SBN 295174
mcooney@gibsondunn.com
KATIE MAGALLANES, SBN 300277
kmagallanes@gibsondunn.com
3161 Michelson Drive, Suite 1200
Irvine, California  92612-4412
Telephone:     949.451.3800
Facsimile:     949.451.4220

GIBSON, DUNN & CRUTCHER LLP
SAMUEL ECKMAN SBN 308923
seckman@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendant
LINEAGE LOGISTICS SERVICES, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICKA ALFORD, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINEAGE LOGISTICS SERVICES LLC; EMPLOYMENT HOLDING COMPANY, DBA SELECT STAFFING, and DOES 1 through 25, Inclusive,<br><br>Defendants. | Case No. 2:25-CV-01725-TLN-CSK<br><br>**JOINT STATUS REPORT AND JOINT MOTION FOR EXTENSION PURSUANT TO LOCAL RULE 144 AND ORDER**<br><br>ASSIGNED FOR ALL PURPOSES TO: HON. TROY L. NUNLEY COURTROOM 2<br><br>Action Filed: June 18, 2025 |

Pursuant to the Court's September 10, 2025 order (ECF No. 12), Defendant Lineage Logistics Services, LLC ("Lineage") and Plaintiff Ericka Alford ("Plaintiff") submit this joint status report.

On September 10, 2025, the Court issued an order granting the parties' joint stipulation to stay this action pending completion of mediation, which provided that this action was stayed in its entirety pending completion of mediation, and that Defendant shall have thirty (30) days to file its responsive pleading after the stay was lifted. ECF No. 12. The parties subsequently attended mediation on May 12, 2026, and were unable to reach a resolution. Accordingly, the stay lifted in this matter on May 13, 2026, and Defendant's current deadline to file a responsive pleading is June 12, 2026.

In response to Plaintiff's Complaint, Lineage intends to move to compel arbitration of Plaintiff's individual claims and to stay this case. The parties have met and conferred and agreed, subject to this Court's approval, to the following briefing schedule for Lineage's motion to compel arbitration:

1. Lineage's deadline to file a motion to compel arbitration , is June 25, 2026;
2. Plaintiff's deadline to file an opposition to Lineage's motion to compel arbitration is August 6, 2026 and
3. Lineage's deadline to file a reply in support of its motion to compel arbitration is September 10, 2026.

The parties therefore request that the Court issue an order setting the above schedule for briefing Lineage's motion to compel arbitration.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

GIBSON, DUNN & CRUTCHER LLP

-2-

JOINT STATUS REPORT
2:25-CV-01725-TLN-CSK

Respectfully submitted,

Dated:  May 26, 2026                                         GIBSON, DUNN & CRUTCHER LLP


By:  */s/ Katie M. Magallanes*
     Megan Cooney
     Samuel Eckman
     Katie M. Magallanes

Attorneys for Defendant
LINEAGE LOGISTICS SERVICES, LLC


Dated:  May 26, 2026                                         BEN TRAVIS LAW, APC


By: */s/ Ben Travis (as authorized on 05.26.26)*
    Ben Travis

Attorneys for Plaintiff
ERICKA ALFORD

GIBSON, DUNN &
CRUTCHER LLP
ATTORNEYS AT LAW

JOINT STATUS REPORT
2:25-CV-01725-TLN-CSK

### **ORDER**

This Court, having read and considered Plaintiff Ericka Alford's ("Plaintiff") and Defendant Lineage Logistics Services, LLC's ("Lineage") Joint Status Report and Motion for Extension, hereby ORDERS that:

1. Lineage's deadline to file a motion to compel arbitration is June 25, 2026;

2. Plaintiff's deadline to file an opposition to Lineage's motion to compel arbitration is August 6, 2026; and

3. Lineage's deadline to file a reply in support of its motion to compel arbitration is September 10, 2026.

**IT IS SO ORDERED.**

DATED: May 27, 2026

_____

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

GIBSON, DUNN &
CRUTCHER LLP
ATTORNEYS AT LAW

-4-

JOINT STATUS REPORT
2:25-CV-01725-TLN-CSK