Ben Travis (SBN 305641)
ben@bentravislaw.com
**Ben Travis Law, APC**
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Phone: (619) 353-7966

Attorney for Plaintiff Ericka Alford

GIBSON, DUNN & CRUTCHER LLP
MEGAN COONEY, SBN 295174
mcooney@gibsondunn.com
KATIE MAGALLANES, SBN 300277
kmagallanes@gibsondunn.com
3161 Michelson Drive, Suite 1200
Irvine, California 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

GIBSON, DUNN & CRUTCHER LLP
SAMUEL ECKMAN SBN 308923
seckman@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendant
LINEAGE LOGISTICS SERVICES, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERICKA ALFORD, an individual, on behalf of herself and all others similarly situated,

Plaintiff,

v.

LINEAGE LOGISTICS SERVICES LLC; EMPLOYMENT HOLDING COMPANY, DBA SELECT STAFFING, and DOES 1 through 25, Inclusive,

Defendants.

Case No. 2:25-CV-01725-TLN-CSK

**NOTICE OF SETTLEMENT AND JOINT STIPULATION TO STAY ACTION; ORDER**

ASSIGNED FOR ALL PURPOSES TO: HON. TROY L. NUNLEY

COURTROOM 2

Action Filed: June 18, 2025

Pursuant to Local Rules 143 and 160, Plaintiff Ericka Alford ("Plaintiff") and Defendant Lineage Logistics Services, LLC ("Lineage") hereby notify the court of a class-wide settlement reached between the parties, and stipulate and agree, by and through their respective counsel of record, as follows:

WHEREAS, Plaintiff filed her Complaint in the above-captioned matter on June 18, 2025 (ECF No. 1);

WHEREAS, Plaintiff filed her First Amended Complaint on September 9, 2025 (ECF No. 11);

WHEREAS, on September 10, 2025, the Court issued an order granting the parties' joint stipulation to stay this action pending completion of mediation (ECF No. 12);

WHEREAS, the parties subsequently participated in mediation on May 12, 2026, and were unable to reach a resolution;

WHEREAS, on May 27, 2026, the Court issued an order granting the parties' joint stipulation to set a briefing schedule for Lineage's motion to compel arbitration (ECF No. 15);

WHEREAS, on June 25, 2026, Lineage filed its Motion to Compel Arbitration and Dismiss, or Alternatively Stay the Action ("Motion"), with the hearing scheduled for October 1, 2026 (ECF No. 19);

WHEREAS, the parties continued to engage in settlement discussions, and on July 17, 2026, reached a settlement in principle to resolve this matter along with other related matters pending in this district as well as various California state courts, on a class and representative-wide basis;

WHEREAS, many of the related matters were filed before this action;

WHEREAS, the parties are currently negotiating a memorandum of understanding and long-form settlement agreement, which will include the parties' agreement on seeking approval of the settlement;

WHEREAS, the parties have met and conferred and agree that, as a later-filed action, the parties do not intend to seek approval of the settlement in this action;

NOW, THEREFORE, subject to the Court's approval, Plaintiff and Lineage HEREBY STIPULATE AND AGREE, through their counsel, that:

1. All deadlines and proceedings in this case, including Plaintiff's deadline to submit an opposition to Lineage's Motion, Lineage's deadline to submit a reply in support of its Motion, and the hearing on Lineage's Motion, shall be STAYED in their entirety pending final approval of the settlement.

2. The parties shall file a status report within one hundred and eighty (180) days regarding the settlement approval process.

Dated: July 29, 2026

BEN TRAVIS LAW, APC

By: */s/ Ben Travis*
Ben Travis

Attorney for Plaintiff
ERICKA ALFORD

Dated: July 29, 2026

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Megan Cooney (as authorized on 7/29/26)*
Megan Cooney
Samuel Eckman
Katie M. Magallanes

Attorneys for Defendant
LINEAGE LOGISTICS SERVICES, LLC

**ORDER**

This Court, having read and considered the Notice of Settlement and Joint Stipulation, and for good cause shown, hereby **ORDERS** that:

1. All proceedings in this case, including Plaintiff's deadline to submit an opposition to Lineage's Motion, Lineage's deadline to submit a reply in support of its Motion, and the hearing on Lineage's Motion, shall be **STAYED** in their entirety.

2. The parties **SHALL** file a status report within one hundred and eighty (180) days regarding the settlement approval process.

**IT IS SO ORDERED.**

DATED: July 29, 2026

Troy L. Nunley
Chief United States District Judge